UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT A. MCBAIN, et al.,<br><br>    Defendants. | Case No. 5:17-cv-01454-HRL<br><br>**ORDER DIRECTING DEFENDANTS TO SHOW CAUSE RE SANCTIONS** |

On December 12, 2017, the court held an Initial Case Management Conference. Plaintiff appeared. Defendants did not. Additionally, the court is informed that defendants have not yet provided plaintiff with their Fed. R. Civ. P. 26 initial disclosures.

Accordingly, defense counsel Michael Welch shall appear in person before this court on **January 9, 2018, 10:00 a.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California and show cause why he should not be sanctioned for his failure to appear and failure to provide initial disclosures.[1]

SO ORDERED.

Dated: December 13, 2017

HOWARD R. LLOYD
United States Magistrate Judge

---

[1] Plaintiff's counsel need not appear at the show cause hearing. But, if counsel chooses to appear, they may appear by phone through CourtCall.