Center for Disability Access
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Scott Johnson**,<br><br>       Plaintiff,<br><br>    v.<br><br>**Scott A. McBain,** in individual and representative capacity as trustee; **Tani L. McBain,** in individual and representative capacity as trustee; **Carnes Piano & Organ Co. of Vallco, Inc., a California Corporation**;<br><br>       Defendants | Case: 5:17-CV-01454-VKD<br><br>ORDER GRANTING<br>**Joint Stipulation to Continue Deadline for Motion**<br><br>Hon. Virginia K. DeMarchi<br><br>Re: Dkt. No. 56 |

    Plaintiff and Defendants, by and through their respective attorneys of record, do hereby stipulate to and request the following;

    **Whereas,** Plaintiff for Summary Judgment was Granted by this Court; and

    **Whereas,** by rule, a motion for fees must be filed no more than 14 days after entry of judgment;

1

Joint Stipulation                                                      Case: 5:17-CV-01454-VKD

1     **Whereas,** the parties have been meeting and conferring to attempt
2 to resolve this motion without the need for court involvement;

4     **THEREFORE,** it is hereby stipulated by and between the Parties
5 hereto that the deadline for Plaintiff's Motion for Attorneys' fees be
6 continued to December 1, 2018.

Dated: November 20, 2018      CENTER FOR DISABILITY ACCESS

                               By: /s/ Dennis Price
                               Dennis Price
                               Attorneys for Plaintiff

Dated: October 9, 2018        MICHAEL WELCH + ASSOCIATES

                               By: /s/ Michael D. Welch
                               Michael D. Welch
                               Attorneys for Defendants

### **SIGNATURE ATTESTATION**

    I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: November 20, 2018      CENTER FOR DISABILITY ACCESS

                               By: /s/ Dennis Price
                               Dennis Price
                               Attorneys for Plaintiff

## ORDER [proposed]

Having read the stipulation and request of the Parties, and for good cause shown, the Court hereby GRANTS the request. The ~~hearing date~~ filing deadline for Plaintiff's Motion for Attorney's Fees shall be continued to December ~~11~~ 1, 2018.

**IT IS SO ORDERED.**

Dated: November 21, 2018  By: *Virginia K. DeMarchi*
Hon. Virginia K. DeMarchi
United States Magistrate Judge